UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FLEX-N-GATE CORPORATION, an
Illinois corporation,

          Plaintiff,

   -against-                                     Case No. 08-CV

GERHARD WEGEN, a citizen of
Germany,

          Defendant.
-----------------------------------------------------------x


RECEIVED MAR 12 2008 U.S.D.C. S.D. N.Y. CASHIERS

## **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

      The undersigned, counsel of record for Plaintiff, FLEX-N-GATE CORPORATION, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

      Flex-N-Gate Corporation is not a publicly traded company. No publicly held company owns ten percent or more of the stock of Flex-N-Gate Corporation.

Dated: New York, New York
       March 12, 2008

                                              PEPPER HAMILTON LLP

                                              By: _____
                                                 Kenneth J. King (KK 3567)
                                                 Samuel J. Abate, Jr. (SA 0915)
                                                 Attorneys for Flex-N-Gate Corporation
                                                 The New York Times Building
                                                 620 Eighth Avenue
                                                 New York, NY 10018-1405
                                                 212.808.2700