IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

FLEX-N-GATE CORPORATION, an
Illinois corporation,

        Plaintiff,

   -against-                                   Case No. 08-CV-_____

GERHARD WEGEN, a citizen of
Germany,

        Defendant.

-----------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pepper Hamilton LLP, 620 Eighth Avenue, New York, New York 10018, hereby appears, by undersigned counsel, as counsel for plaintiff Flex-N-Gate Corporation as of this date and requests that all papers in this action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
       March 12, 2008

                                                      PEPPER HAMILTON LLP

                                                      By:_____
                                                      Kenneth J. King (KK 3567)
                                                      Samuel J. Abate, Jr. (SA 0915)
                                                      Attorneys for Flex-N-Gate Corporation
                                                      The New York Times Building
                                                      620 Eighth Avenue
                                                        New York, NY 10018-1405
                                                       212.808.2700