**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLEX-N-GATE CORPORATION, an
Illinois corporation,

Plaintiff,

-against-                                          08-CV-2502 (LLS)

GERHARD WEGEN, a citizen of
Germany,

Defendant.
------------------------------------------------------------x

### ORDER APPOINTING SPECIAL PROCESS SERVICE

IT IS HEREBY ORDERED, that APS International, Ltd., including its designated agents,

is appointed and authorized to effect service of process on the defendant, Gerhard Wegen, in

Germany.  Service shall be effected according to any internationally agreed means, the laws of

the foreign country, or as directed by the foreign authority or the originating court if not

otherwise prohibited by international agreement or the laws of the foreign country, and in a

manner reasonably calculated to give notice.

_Louis L. Stanton_
U.S.D.J.

Dated: _April 28, 2008_