ORIGINAL

MEMORANDUM ENDORSED

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FLEX-N-GATE CORP., an
Illinois corporation,

        Plaintiff,  08-CV-02502 (LLS)

  -against-       NOTICE OF MOTION TO ADMIT
             COUNSEL *PRO HAC VICE*
GERHARD WEGEN, a citizen of
Germany,

        Defendant.
-----------------------------------------------------------X

ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/08

  PLEASE TAKE NOTICE that, upon the Affidavit of Samuel J. Abate Jr., sworn to April 29, 2008 and the Certificate of Good Standing annexed thereto, Plaintiff Flex-N-Gate Corporation will move this Court before the Honorable Louis L. Stanton, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, allowing the admission of David D. Murphy, a member of the law firm of Pepper Hamilton LLP and a member in good standing of the Bar of the State of Michigan, as attorney to the bar of this Court *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Mr. Murphy in any state or federal court.

Dated: New York, New York
   April 29, 2008

                  Respectfully submitted,

                  Samuel J. Abate, Jr. (SA 0915)
                  PEPPER HAMILTON, LLP
                  Attorneys for Plaintiff
                  The New York Times Building
                  620 Eighth Avenue
                  New York, New York 10018-1405
                  (212) 808-2700

*Handwritten endorsement:* Granted. No opposition. So Ordered. Louis L. Stanton 5/13/08

TO:      Prof. Dr. Gerhard Wegen, LL.M.
           Gleiss Lutz Rechtsanwalte
           Maybachst. 6
           70469 Stuttgart
           Germany